USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                 :

YESENIA ALVAREZ BALTAZAR,              :

                                                 :          **ORDER**

                         Plaintiff,           :          23-CV-2272 (MKV) (KHP)

                                                 :

                       -against-             :

                                                 :

COMMISSIONER OF SOCIAL SECURITY,     :

                                                 :

                        Defendant.          :

                                                 :
------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

      This case has been referred to me for a report and recommendation.  The parties shall meet and confer to discuss whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned), pursuant to 28 U.S.C. § 636(c).  If the parties jointly consent, they shall complete the consent form available on the Court's website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge and return the form to the Clerk of the Court.

      If either or both parties do not consent, counsel for Plaintiff shall file a letter on ECF no later than **Wednesday, August 23, 2023** representing that the parties met and conferred but that they do not jointly consent.  The letter should not indicate any particular party's consent or non-consent.

      This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).  There will

be no adverse consequences if the parties withhold their consent, but granting consent may result in a faster and more efficient resolution of this case.

**SO ORDERED.**

Dated: June 15, 2023
New York, New York

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge