# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #:_____
> DATE FILED: _8/23/2023_

August 21, 2023

> **Application Granted.** No further extensions will be granted absent a showing of good cause.
>
> **SO ORDERED:**
>
> *Katharine H Parker*
>
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE   **8/23/2023**

**VIA ECF**

Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Alvarez Baltazar v. Commissioner of Social Security*
      <u>Civil Action No. 1:23-cv-02272-MKV</u>

Dear Judge Parker,

We write on behalf of plaintiff, Yesenia Alvarez Baltazar, and with the consent of the defendant, to request additional time to file plaintiff's motion for judgment on the pleadings which is currently due on August 23, 2023 per the Court's June 15, 2023 Order granting Extension of Time. This is plaintiff's second request for an extension.

Counsel needs the additional time due to the long length of the Administrative Transcript and the complexity of the record.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a. Plaintiff to file her motion for judgment on the pleadings on or before **September 27, 2023**;

b. Defendant to file its response/cross-motion on or before **December 1, 2023**; and

c. Plaintiff to file her reply (if any) on or before **December 22, 2023**.

Honorable Katherine H. Parker
August 21, 2023
Page Two


Thank you for your consideration of this request.


Respectfully submitted,


s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:     212-725-9800
Facsimile:      212-500-5115
dosborn@osbornlawpc.com


cc: Victoria Treanor, Esq. (by ECF)