UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                        :

YESENIA ALVAREZ BALTAZAR,       :

                        :          **SCHEDULING ORDER**

          Plaintiff,      :          23-CV-2272 (KHP)

                        :

        -against-       :

                        :

COMMISSIONER OF SOCIAL SECURITY,  :

                        :

         Defendant.     :

                        :

-------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

On January 28, 2026, the parties in this Social Security action filed a joint letter requesting an extension of time for Plaintiff to file an amended motion for attorney's fees. (ECF No. 32.)  The Plaintiff had previously filed a motion on October 31, 2025. (ECF No. 28.)

The motion is **granted**.  The Plaintiff shall file the amended motion by **February 11, 2026**.  The response shall be filed **February 25, 2026**.

The Clerk is respectfully directed to terminate the motions at ECF No. 28, which is hereby **denied** without prejudice, and ECF No. 32, which is **granted** as set forth herein.

    **SO ORDERED.**

Dated:   January 29, 2026
        New York, New York

                                        KATHARINE H. PARKER
                                 United States Magistrate Judge